THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:  415/674-8600
Facsimile:  415/674-9900

Attorneys for Plaintiffs PATRICK CONNALLY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GIORGIO'S PIZZA, INC., a California corporation; and MAR LIVING TRUST,<br><br>Defendants. | CASE NO. CV-08-4209-WDB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION** |

Plaintiffs PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES, and defendants GIORGIO'S PIZZA, INC., a California corporation; and MAR LIVING TRUST by and through their respective counsel, respectfully request and stipulate, as follows:

1. That whereas due to scheduling conflict, the parties will be unable to hold the joint site inspection of the premises by December 15, 2008, as Ordered by General Order 56, ¶3,4.

2. That whereas the parties are scheduled to conduct the joint site inspection of the subject premises on January 14, 2009.

3. That the parties, hereto agree, stipulate and respectfully request that the last day for the parties and counsel to conduct the joint inspection of the premises be continued up to and including January 14, 2009.

Dated: December 8, 2008

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____/S/_____
Thomas E. Frankovich
Attorney for Plaintiffs PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

Dated:_____, 2008

JOHN HUSTER,
THE HUSTER LAW GROUP

By: _____
John Huster
Attorney for Defendants GIORGIO'S PIZZA, INC., a California corporation; and MAR LIVING TRUST

**ORDER**

IT IS SO ORDERED that the last day for the parties and counsel to conduct the joint inspection of the premises be continued up and to January 14, 2009.

Dated: 12/10/, 2008    _____
Honorable Wayne D. Brazil
UNITED STATES MAGISTRATE JUDGE

3.  That the parties, hereto agree, stipulate and respectfully request that the last day for the parties and counsel to conduct the joint inspection of the premises be continued up to and including January 14, 2009.

Dated: December 8, 2008

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By _____/S/_____
Thomas E. Frankovich
Attorney for Plaintiffs PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES, HELPING YOU HELP OTHERS

Dated: December 7, 2008

JOHN HUSTER,
THE HUSTER LAW GROUP

By _____
John Huster
Attorney for Defendants GIORGIO'S PIZZA, INC., a California corporation; and MAR LIVING TRUST

## ORDER

IT IS SO ORDERED that the last day for the parties and counsel to conduct the joint inspection of the premises be continued up and to January 14, 2009.

Dated: _____, 2008

_____
Honorable Wayne D. Brazil
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR THE JOINT SITE INSPECTION      2