UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| PATRICK CONNALLY,<br><br>        Plaintiff,<br>   v.<br>GIORGIOS PIZZA INC, *et al.*,<br><br>        Defendants.<br>_____/ | No. C 08-04209 LB<br><br>**ORDER VACATING STATUS CONFERENCE HEARING** |

On January 12, 2010, the parties in this action filed a Notice of Settlement (Dkt. #19). Accordingly, the Court hereby **VACATES** the Status Conference set for January 28, 2010.

**IT IS SO ORDERED.**

Dated: January 13, 2010

                                                                        _____/S/_____<br>
                                                                        LAUREL BEELER<br>
                                                                        United States Magistrate Judge

ORDER VACATING STATUS CONFERENCE HEARING
C 08-04209 LB