UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

PATRICK CONNALLY

        Plaintiff(s),

  v.

GIORGIOS PIZZA INC

        Defendant(s).

No. C 08-04209 LB

**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM**

On June 14, 2010, the parties in this action filed a Stipulation for Dismissal and Proposed Order Thereon (Dkt. # 21). Before the Court can approve the parties' Stipulation dismissing this action, the parties must consent to Magistrate Judge Beeler's jurisdiction. *See* 28 U.S.C. § 636(c). The Court therefore directs the parties to complete and file the attached form either consenting to or declining to consent to Judge Beeler's jurisdiction before June 28, 2010.

**IT IS SO ORDERED.**

Dated: June 14, 2010

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| PATRICK CONNALLY, | No. C 08-04209 LB |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| GIORGIOS PIZZA INC, | |
| Defendant(s). | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____   _____
Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| PATRICK CONNALLY,<br><br>        Plaintiff(s),<br><br>    v.<br><br>GIORGIOS PIZZA INC,<br><br>        Defendant(s).<br>_____/ | No.  C 08-04209 LB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____          Signature_____

                                                             Counsel for _____
                                                             (Plaintiff, Defendant, or indicate "pro se")

C 08-04209                                               3