1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:  415/674-8600
4  Facsimile:  415/674-9900

5  Attorneys for Plaintiffs PATRICK CONNALLY
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GIORGIO'S PIZZA, INC., a California corporation; and MAR LIVING TRUST,<br><br>Defendants. | CASE NO. CV-08-04209-~~WDB~~  LB<br><br>STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

///

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON

1 | pursuant to Federal Rules of Civil Procedure section 41(a)(1).

2 | This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: April 2, 2010

THOMAS E. FRANKOVICH,
A PROFESSIONAL LAW CORPORATION

By: /S/
Thomas E. Frankovich
Attorneys for Plaintiffs PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES

Dated: May 17, 2010

JOHN HUSTER, ESQ.
THE HUSTER LAW GROUP

By: 
John Huster
Attorney for Defendant GIORGIO'S PIZZA INC., a California corporation; and MARS LIVING TRUST.

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

DATED: June 30, 2010

Honorable Magistrate Judge Laura D. Beeler
United States District Judge

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

-2-